IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

JOSHUA JAMES,                )
                                   )
                                   )          2:21-CV-00209-MJH

           Plaintiff,           )
                                   )
      vs.                         )
                                   )
ALDI, INC., DOLLAR GENERAL,   )
                                   )

           Defendants,

ORDER

Upon consideration of Plaintiff's Second Amended Complaint (ECF No. 35),

Defendants' Motion to Dismiss (ECF No. 37), the respective briefs and responses of the parties

(ECF Nos. 38, 41-43), and for the reasons stated in this Court's Opinion (ECF No. 45),

Defendants' Motion to Dismiss will be granted.  As questions of law on the applicability of the

UTPCPL, PFCEUA, Unjust Enrichment, and Conversion/Misappropriation to the facts as

alleged predominate this Court's review of Mr. James's Second Amended Complaint, any

amendment is deemed futile.  Mr. James's Second Amended Complaint is dismissed.

BY THE COURT:

Dated: July 9, 2021

Marilyn J. Horan
United States District Judge